1  MCGREGOR W. SCOTT
   United States Attorney
2  W. DEAN CARTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2781
   Facsimile: (916) 554-2900
5  Dean.Carter@usdoj.gov

6  Attorneys for the United States

7
8                       IN THE UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA
10

11 | MICHELLE TAFOYA, | CASE NO.: 2:19-CV-00535-MCE-KJN |
|---|---|
12 | Plaintiff, | **STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION PER FEDERAL RULE OF CIVIL PROCEDURE 35** |
13 | v. | |
14 | UNITED STATES OF AMERICA, | |
15 | Defendant. | |

16
17

18     Plaintiff Michelle Tafoya and Defendant United States of America respectfully submit this

19 stipulation and proposed order for an independent medical examination under Federal Rule of Civil

20 Procedure 35.  Plaintiff alleges that her left shoulder complaints are the result of the auto accident at

21 issue in this matter.  The United States seeks these exams to evaluate Plaintiff's claimed shoulder

22 injuries.

23     Accordingly, the parties hereby stipulate that Plaintiff Michelle Tafoya will submit to an

24 independent medical examination by Dr. John Missirian, M.D., on March 16, 2020, at 11:00 a.m. at

25 501 I Street in Sacramento, California, in the Federal Occupational Health Facility, Suite 7-300.  The

26 examination will be video recorded at the United States' expense and the United States will instruct

27 the videographer to provide copies within ten days to both the United States and Plaintiff's counsel.

28

STIPULATION AND ORDER

1

| | | | |
|---|---|---|---|
| 1 | Dated: March 5, 2020 | | MCGREGOR W. SCOTT |
| 2 | | | United States Attorney |
| 3 | | By: | */s/ W. Dean Carter* |
| 4 | | | W. DEAN CARTER<br>Assistant United States Attorney |
| 5 | | | Attorneys for Defendant |
| 6 | | | United States of America |
| 7 | Dated: March 5, 2020 | | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP |
| 8 | | | |
| 9 | | By: | */s/ Hank Greenblatt (authorized on 3/5/2020)*<br>Hank Greenblatt |
| 10 | | | |
| 11 | | | Attorneys for Plaintiff<br>Michelle Tafoya |

**SO ORDERED.**

Dated: March 9, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tafo.535

STIPULATION AND ORDER

2