McGREGOR W. SCOTT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2781
Facsimile: (916) 554-2900
Dean.Carter@usdoj.gov

Attorneys for the United States of America

HANK G. GREENBLATT
Dreyer Babich Buccola Wood Compora
20 Bicentennial Circle
Sacramento, CA  95826
(916)  379-3500
Hgreenblatt@dbbwc.com,

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE TAFOYA,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO.   2:19-CV-00535-JAM-KJN<br><br>**STIPULATION AND ORDER TO REFER ACTION TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-captioned case to the Voluntary Dispute Resolution Program ("VDRP").

//

//

//

STIPULATION AND ORDER TO SUBMIT CASE TO VDRP

Respectfully submitted,

Dated: October 7, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ W. Dean Carter*
W. DEAN CARTER
Assistant United States Attorney
Attorneys for the United States

Dated: October 7, 2020

*/s/ Hank G. Greenblatt*
HANK G. GREENBLATT
Dreyer Babich Buccola Wood Campora
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: October 7, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER TO SUBMIT CASE TO VDRP