MCGREGOR W. SCOTT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2781
Facsimile: (916) 554-2900
Dean.Carter@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE TAFOYA,<br><br>                          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | CASE NO.:  2:19-CV-00535-JAM-KJN<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

STIPULATION AND ORDER

1

1    By and between the parties and subject to Court approval,

2    IT IS HEREBY STIPULATED that the case be removed from the Voluntary Dispute

3  Resolution Program.

4    IT IS FURTHER STIPULATED that a settlement conference be scheduled in this matter

5  before the Honorable Kendall J. Newman.  Judge Newman's chambers has confirmed his

6  availability for the Settlement Conference on February 2, 2021, at 9:00 a.m.

7

8  Dated:  November 13, 2020

9                                                                    MCGREGOR W. SCOTT
                                                                     United States Attorney

10                                           By:    */s/ W. Dean Carter*
                                                                     W. DEAN CARTER

11                                                                  Assistant United States Attorney

12                                                                  Attorneys for Defendant
                                                                     United States of America

13

14  Dated:  November 13, 2020                      DREYER BABICH BUCCOLA WOOD
                                                                     CAMPORA, LLP

15

16                                           By:    */s/ Hank Greenblatt (authorized on 11.13.20)*
                                                                     Hank Greenblatt

17
                                                                     Attorneys for Plaintiff

18                                                                  Michelle Tafoya

19
**IT IS SO ORDERED.**

20

21  DATED:  November 13, 2020                      /s/ John A. Mendez
                                                                     THE HONORABLE JOHN A. MENDEZ

22                                                                  UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

STIPULATION AND ORDER                                      2